No. 474. OWENS *v.* BATTENFIELD ET AL. December 9, 1929. Petition for writ of certiorari to the Circuit Court

606

of Appeals for the Eighth Circuit denied. *Mr. Joseph W. Bailey, Jr.,* for petitioner. *Mr. J. B. Dudley* for respondents.